■ GEORGE HANDLEY, Appellant, v DOROTHY HORAK et al., Defendants, and ISLAND STATE BANK, Respondent.—Appeal by plaintiff from an order of the Supreme Court, Suffolk County, dated May 28, 1975, which (1) granted the motion of defendant Island State Bank to dismiss the complaint as against it and (2) denied his cross motion for summary judgment as against the said defendant. Order affirmed, with $50 costs and disbursements (see Uniform Commercial Code, § 3-208; *Hall v Bank of Blasdell*, 306 NY 336). Gulotta, P. J., Martuscello, Latham and Shapiro, JJ., concur. [82 Misc 2d 692.]